**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

In the Matter of the Care and Treatment of Bobby Russell, Appellant.

Appellate Case No. 2011-204866

———————

Appeal From Dorchester County
George C. James, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2013-UP-333
Submitted July 1, 2013 – Filed July 31, 2013

———————

**AFFIRMED**

———————

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

———————

**PER CURIAM:** We affirm pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Commander*, 396 S.C. 254, 262-63, 721 S.E.2d 413, 417 (2011) ("The admission or exclusion of evidence is a matter within the trial court's sound discretion, and an appellate court may only disturb a ruling admitting or excluding evidence upon a showing of a 'manifest abuse of discretion accompanied by probable prejudice.'" (quoting *State v. Douglas*, 369 S.C. 424, 429, 632 S.E.2d

845, 847-48 (2006))); *State v. McHoney*, 344 S.C. 85, 96, 544 S.E.2d 30, 35 (2001) ("[T]he results of polygraph examinations are generally inadmissible because the reliability of the test is questionable.").

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.